THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WASHINGTON, Appellant. [843 NYS2d 686]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered June 17, 2004, convicting him of manslaughter in the first degree and criminal possession of a weapon in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Where a defendant charged with a homicide relies on the justification defense, evidence of a decedent's prior specific crim-

inal acts of violence, of which the defendant had knowledge, are admissible provided that the acts were reasonably related to the crime with which the defendant was charged (*see People v Reynoso*, 73 NY2d 816, 818 [1988]; *People v Miller*, 39 NY2d 543, 551 [1976]; *People v Fore*, 33 AD3d 932, 932-933 [2006]; *People v Santiago*, 211 AD2d 734 [1995]). Here, the trial court providently exercised its discretion in limiting the evidence of the decedent's prior specific criminal acts of violence (*see People v Miller*, 39 NY2d at 551-552; *People v Fore*, 33 AD3d at 933; *People v Santiago*, 211 AD2d at 734-735; *People v Dupigney*, 156 AD2d 709 [1989]). Moreover, the excluded evidence would have been merely cumulative (*see People v Ross*, 197 AD2d 713, 714 [1993]).

The defendant's remaining contentions are without merit. Miller, J.P., Goldstein, Skelos and Balkin, JJ., concur.